No. 764. FOWLER MANUFACTURING CO. *v.* GORLICK ET AL., DBA THRIFTY SUPPLY CO. ET AL. C. A. 9th Cir. Certiorari denied. *Floyd V. Smith* for petitioner. *Donald G. Cohan* for respondents.

No. 769. WYATT *v.* HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied. *Richard C. Minor* for petitioner.

No. 822. BASAN *v.* UNITED STATES;
No. 825. HUTUL *v.* UNITED STATES; and
No. 826. LOMBARDI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner in No. 825, and *Thomas P. Sullivan* for petitioner in No. 826. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States in all three cases. Reported below: 416 F. 2d 607.

No. 160. HOPPER ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Camille F. Gravel, Jr.,* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, *Harry H. Howard,* Assistant Attorney General, and *Lawrence L. McNamara* for respondent.

No. 546. HEINE *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard R. Fernald* for petitioner. *George S. Pappagianis,* Attorney General of New Hampshire, and *David H. Souter,* Assistant Attorney General, for respondent.